UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

Receipt #11089083

12/18/09 cg

IN RE

PAUL J. & CYNTHIA A. ZIOLKOWSKI          B-04-11904-B

Debtors

---

     IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: M. Shanken Communications, % Vengroff, Willliams & Assoc., P.O. Box 19715, Irvine, CA 92623

     AND IT

     FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

     Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $10.00 representing unclaimed funds belonging to the above-named creditor.

Dated: December 17, 2009          ALBERT J. MOGAVERO
                                                       CHAPTER 13 TRUSTEE



FILED
DEC 18 2009
BANKRUPTCY COURT
BUFFALO, N.Y.